UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALPINE SECURITIES CORPORATION; and SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>      **Plaintiffs,**<br><br>vs.<br><br>RANDY JONES; VISION FINANCIAL MARKETS, LLC; and HOWARD ROTHMAN<br><br><br>      **Defendants.** | :<br>:<br>:<br>:<br>:<br>:   Civil Action No.  3:19-cv-01425-JAM<br>:<br>:<br>:<br>:<br>:<br>:   NOVEMBER 18, 2019<br>:<br>:<br>:<br>: |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A), Alpine Securities Corporation and Scottsdale Capital Advisors Corporation (collectively, "Plaintiffs") voluntarily dismiss the above-captioned case without prejudice.

                **SPEARS MANNING & MARTINI, LLC**

      By:   /s/ Brian E. Spears
             Brian E. Spears (ct14240)
             Spears Manning & Martini, LLC
             2425 Post Road, Suite 203
             Southport, CT  06890
             Tel. (203) 292-9766
             Fax. (203) 292-9682
             Email: bspears@spearsmanning.com

*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 18, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                             */s/ Brian E. Spears*
                                                                             Brian E. Spears